IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KIMBERLY LEGG,

    Plaintiff,

v.                                      No. 1:18-CV-00434-KG-LF

MARK YUNKER, ACUITY,
A MUTUAL INSURANCE CO.,
ACE AMERICAN INSURANCE
CO.

    Defendants.

## ORDER DISMISSING DEFENDANTS WITH PREJUDICE

This matter having come before the Court upon the parties' Stipulation of Dismissal with Prejudice, pursuant to the Rule 41(a)(1)(A)(ii), finds this Stipulation to be well taken and grants the dismissal of Plaintiff Kimberly Legg's claims against all Defendants with prejudice with each party bearing its own fees, costs, and expenses.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by,
BARBER & BORG, LLC

*/s/ Nathan S. Anderson*
Nathan S. Anderson
PO Box 30745
Albuquerque, NM 87190
(505) 884-0004
(505) 884-0077 *Fax*
nathan@barberborg.com
*Attorney for Plaintiff*

BUTT THORNTON & BAEHR, PC

*Electronically Approved 12/20/18*
Paul R. Bishop
Sarah L. Shore
PO Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
prbishop@btblaw.com
slshore@btblaw.com
*Attorneys for Defendants Yunker
and Acuity, A Mutual Insurance Co.*